**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Celestino GONZALEZ–MENDOZA,
Defendant—Appellant.**

**No. 04–50164.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Sept. 19, 2005.

David A. Kettel, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff-Appellee.

James H. Locklin, FPD, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

ORDER and MEMORANDUM **

The petition for panel rehearing is granted. The Memorandum Disposition filed December 10, 2004, is WITHDRAWN and replaced with the following Memorandum Disposition:

Celestino Gonzalez–Mendoza appeals his conviction and 57–month sentence imposed following his guilty plea to illegal reentry following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Gonzalez–Mendoza has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Gonzalez–Mendoza has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. Because the Sentencing Guidelines are now advisory, we remand so the district court can determine if Gonzalez–Mendoza should receive a different sentence under the advisory Guidelines system. *See United States v. Booker,* —— U.S. ——, ———–———, 125 S.Ct. 738, 764–67, 160 L.Ed.2d 621 (2005); *United States v. Hermoso–Garcia,* 413 F.3d 1085, 1089–90 (9th Cir.2005).

Counsel's motion to withdraw as counsel on appeal is DENIED.

The conviction is AFFIRMED, and the sentence is REMANDED.

* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** Petitioner filed a waiver of oral argument on August 3, 2005; the panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** The Honorable Jeremy Fogel, United States District Judge for the Northern District of California, sitting by designation.

**** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.